# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

JANICE MYERS,

-vs-                                              CASE NO.:  9:15-CV-00296-DCN

NAVIENT SOLUTIONS, INC., f/k/a
SALLIE MAE, INC.,

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Janice Myers, and the Defendant, Navient Solutions, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted, this 24th day of April, 2015.

| | |
|---|---|
| **/s J. Camden Hodge** | **/s/ Jessica Lerer** |
| J. Camden Hodge, Esq. | Jessica Lerer, Esquire |
| Federal ID # 11756 | (Fed I.D. # 11403) |
| Young, Clement, Rivers, LLP | STROM LAW FIRM, LLC |
| 25 Calhoun Street, Suite 400 | 2110 N Beltline Blvd. |
| Charleston, SC  29401 | Columbia, SC 29204-3999 |
| Telephone: (843) 720-5406 | TEL: (803) 252-4800 |
| Facsimile:  (843) 724-6600 | FAX: (803) 252-4801 |
| Email: chodge@ycrlaw.com | Email: jlerer@stromlaw.com |
| Attorneys for Defendant, | *Attorneys for Plaintiff* |
| Navient Solutions, Inc. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2015, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Brian Roth, Esquire
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd, Suite 200,
Metairie, LA 70002-7227
Direct: 504.846.7903
Fax: 504.828.3737
Primary Email: broth@sessions-law.biz
*Attorney for Defendant*

Amanda J. Allen, Esquire
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Primary Email: AAllen@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

                                          */s/ Jessica Lerer*_____
                                          *Attorney for Plaintiff*